Your Name: Karen Young
Address: PO Box 3142
Santa Clara, CA 95055
Phone Number: 301-792-5580
Email Address: kyoung61email@gmail.com

Pro Se

FILED
JAN 16 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco   ☐ Oakland   ☒ San Jose   ☐ Eureka-McKinleyville

Karen Young

Plaintiff,

v.

Meta Platforms Inc. et al
Meta Payments Inc
Meta Platforms Technologies Inc

Defendant.

Case No. 26-CV-00316-EKL

[NAME OF DOCUMENT] Plaintiff Voluntary Motion To Dismiss

Judge: Hon. Eumi K. Lee

**APPROVED**
*Judge Eumi K. Lee*

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is dismissed without prejudice to plaintiff bringing the action in state court.

[DOCUMENT TITLE] _____

PAGE ___ OF ___          JDC TEMPLATE, UPDATED 11/2024

PLAINTIFF, KAREN YOUNG, HEREBY MOTIONS THE COURT VIA, "PLAINTIFF VOLUNTARY MOTION TO DISMISS" REFERENCE CASE NUMBER 26-CV-00316-SVK → 26-CV-00316-EKL, FOR THE COURT TO DISMISS SUCH AFOREMENTIONED CASE FILING.

PLAINTIFF NOTES THE FOLLOWING IN CONJUNCTION TO SAID CASE:
- FEDERAL CASE LAW IS VERY CLEAR IN THIS MATTER. "FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)" FOR LACK OF SUBJECT MATTER JURISDICTION. "FEDERAL COURTS ARE COURTS OF LIMITED JURISDICTION" I.E. "KOKKONEN V. GUARDIAN LIFE INS CO. OF AM., 511 U.S. 375, 377 (1994)

- PLAINTIFF STATES, AS NOTED BY JUDGE EUMI K. LEE, "YOUNG INTENDS TO FILE THIS COMPLAINT IN STATE COURT. THE COMPLAINT STATES: "PLAINTIFF BRINGS THIS ACTION IN THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA,"

PLAINTIFF THANKS THE HONORABLE COURT, AND SUPPORTS THE VOLUNTARY DISMISSAL OF CASE REFERENCED EFFECTIVE FRIDAY, JAN 16, 2026

[signature]   1/16/26

[TITLE/CASE NO.] _____   PAGE __ OF __   JDC TEMPLATE, UPDATED 11/2024